UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| LUMENOUS DEVICE TECHNOLOGIES, INC., <br><br> Plaintiff, <br><br> v. <br><br> JIANGYIN ZHONGPEI TECHNOLOGY CO., LTD., SHEN BIN, XU JUAN, HUANG CHENGBIN, and ZENG HONGJIN, <br><br> Defendants. | Case No. 5:23-cv-05557 <br><br><br> **ORDER** |

After considering Plaintiff's Motion to Voluntarily Dismiss this action, the Court hereby **GRANTS** the motion and dismisses the Complaint in its entirety without prejudice.

**IT IS ORDERED.**

Signed this 24th day of January, 2025.

_____
Hon. Nathanael M. Cousins
United States Magistrate Judge

*GRANTED* — Judge Nathanael M. Cousins